IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUNELL HEPBURN | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | : | NO. 21-2546 |

## **O R D E R**

**AND NOW,** this 22nd day of July 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                              Kate Barkman
                              Clerk of Court

                        By:    _s/ Joseph Walton_
                                *Deputy Clerk*

Civ. 2 41.1(b) (3/18)

**POND LEHOCKY**

July 22, 2021

VIA Email: Chambers_of_Judge_Anita_B_Brody@paed.uscourts.gov
The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
601 Market Street 32609
Philadelphia, PA 19106

    RE:        Hepburn v. Life Insurance Co of North America
    Docket No.:   21-cv-2546

Dear Judge Brody:

    The Parties are pleased to report that they have reached a settlement in principle to resolve the instant matter. The Parties respectfully request that this Honorable Court enter an Order dismissing this matter with prejudice pursuant to Local Rule 41.1(b).

    Thank you for your consideration in this matter.

                                            RESPECTFULLY SUBMITTED,

                                            MICHAEL J. PARKER

MP/ml

cc: Caitlin Strauss, Esquire